# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2429
LT Case No. 42-2023-DP-000207

_____

S.V., Mother of W.A.V., a Child,

 Appellant,

 v.

DEPARTMENT of CHILDREN and
FAMILIES,

 Appellee.

_____

On appeal from the Circuit Court for Marion County.
Stacy Morris Youmans, Judge.

Carl New, Ocala, for Appellant.

Rachel Batten, of Children's Legal Services, for Appellee,
Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and
Amanda Victoria Glass, Senior Attorney, of the Statewide
Guardian ad Litem Office, Tallahassee, and Allison J. McCabe,
of Statewide Guardian as Litem Office Defending Best Interests,
Port Orange, for the Statewide Guardian ad Litem.

November 26, 2025

PER CURIAM.

 AFFIRMED.

EISNAUGLE, KILBANE, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____